PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**
APR 12 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__Sanantonio__ DIVISION

__Ross Hendricks 473257__
Plaintiff's Name and ID Number

__200 N. Comal St, SA TX 78207__
Place of Confinement

CASE NO. __SA23CA0485 FB__
(Clerk will assign the number)

v.

__SaPD.__
Defendant's Name and Address

__Bexar County__
Defendant's Name and Address

__arlene M. Gay / steven Gilmoore__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

2

II. PLACE OF PRESENT CONFINEMENT: 200 N. Comal St SA Tx 78207

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Ross Hendricks my outside Adress is po box 33442 Sa tx 78265 but I currently stay at 200 N. Comal St SA tx 78207

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: S.A.P.D.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
false arrest tampering with evidents

Defendant #2: Bexar County Law Library

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
refusing me access to courts/due process

Defendant #3: Lawyers/Arlene M. Gay - Steven gilmoore

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
trying to force me to take false charges

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

#1 I was walking down the street next thing I knew I was Arrested and placed In Front of a misistrate saying I was charged with Aggravated Robbery I honestly do not know whats going on.

#2 The law library isnt giving me Access to courts They are denying me The proper Forms to File There Fore denying me Time to File

#3 lawyer's Telling me To say Its me In the video or else, Threatning me with Life But Its not me In Video

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation of 10 million $, case dismissed dirty people to be fired

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Ross Hendricks

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

473257

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date sanctions were imposed:_____
  4. Have the sanctions been lifted or otherwise satisfied?  ___YES ___NO

4

① I was walking down the street and the next thing I knew I was being arrested; I was placed in the back of a police car taken to some store where several officers stood; the back door opposite of my side was opened the arresting officer came around with a large silver item I guess or know now was a camera, he asked some one did they have the video, he said no the camera's didn't work, at that moment I saw a flash then the door closed my point being I was never placed in another police car only the white haired arresting officers vehicle, so the video and person they have on camera is not me they have Re-Arrested some one favoring me all Black men look alike!!! And made several fake videos including the ones with some one entering the store I'm not in any of the videos I am being Framed I have proof and will only show the Judge of said court they placed me in a straight Jacket chair once I arrived at the police station And they the arresting officer and 3 others called me a faggot; and said nigger don't have shit nor do they go any where except Jail I was placed Back in cell where I urinated on myself and now I'm in Jail for something I never did. I seek Relief.



The law Library Have Been refusing To send mandates on Time And or Denying me The paper To defend myself I've Tried on several occasions To obtain writs, and motions for pre-trial The law Library has Consistently Ignored and refused To send saying They do not have these mandates any more denying me The Access To courts while I was pro-se It Is very serious And with due diligence That I recieve these papers In a Timely manner In hope that I can return them to court on time before trial Is set. I've Had to ask on several occasions several times for my Commissary report not for 6 years ago but From Sept 22 til now And I've Finaly recieve Them, I've ASK for change of Venue no response I've ASK 3 times for These mandates To no Avail; This Is holding up my Due process I'm still Awaiting Answer The law library has refused To notorize papers And writs That require notary no excuse for non Compliance I'm still waiting!

③ Lawyers Arlene M. Gay & Steven Gilmoore Has Attempted to force me to say Its me In The video, she said Quote "I Need you to say Its me In The video; or your going to go to trial And loose And get A bunch of Time, dont try this one; I need you to Admitt Its you so I can go to work for you And get your Agg dropped; I Asked why dont you Just go And do woe Job; she said I need to say Its me In Video Then she would Take care of Her business I told Her no Its not me In the video Im not saying something that's not true, Mr. Steven Gilmoore Took over for Her After I Fired Her And The Judge got upset After he Asked me what else can He do For me I Told him to move on my mandates and writs please; He began yelling At my claiming I disrespected The court; so He gave me Mr. Gilmo Mr. Gilmoore started saying The Same As Ms Gay I put In papers to Fire him but Im being Ignored He's constantly saying Its me In video And I need to say Its me He shows me Items In the person picket That the have Arrested that's not me; I've Told him Its not me In The videos He's constantly saying It Is no video of me entering or exiting store I never was In no store

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date warning was issued:_____


Executed on: _____                                    _____
             DATE                                            *Ross Hendricks*
                                                            (Signature of Plaintiff)


**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.


Signed this ___9th___ day of ___April___, 20 _23_.
             (Day)              (month)          (year)

                                                    _____
                                                    *Ross Hendricks*
                                                    (Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**