# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ROSS HENDRICKS, <br> # 473257, <br><br> Plaintiff, <br><br> v. <br><br> SAN ANTONIO POLICE DEP'T; <br> BEXAR COUNTY LAW LIBRARY; <br> ARLENE M. GAY; ET AL, <br><br> Defendants. | § <br> § <br> § <br> § <br> §   SA-23-CV-00485-FB <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Ross Hendricks's 42 U.S.C. § 1983 Amended Civil Rights Complaint for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE** pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim against Defendants, SAPD Officer Reese, Badge #1673; SAPD; SAPD Chief William McManus; Ms. Kimberly De La Montoya; BCADC; and Bexar County Sheriff Javier Salazar.

SIGNED this 25th day of January, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE